939 A.2d 214

IN THE MATTER OF STUART D. FELSEN,
AN ATTORNEY AT LAW.

November 27, 2007.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **STUART D. FELSEN** of **RANDOLPH,** who was admitted to the bar of this State in 1993, and who was suspended from the practice of law for a period of three months effective February 24, 2007, by Order of this Court filed January 25, 2007, be restored to the practice of law, effective immediately.